02-11-143-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00143-CR

 

 


 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 
 
 
  
 V.
  
 
 
 
 
 Clayton C. Bevers
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM County
Criminal Court No. 2 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered “State=s Motion To Dismiss Appeal.” 
The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex.
R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal.  See Tex. R. App. P. 43.2(f).

 

PER
CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED: June 16, 2011









[1]See Tex. R. App. P. 47.4.